O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KHARON GARDALOEV,

Petitioner,

v.

TODD M. LYONS, et al.,

Respondents.

Case No. 5:26-cv-00800-JGB-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition (Dkt. 15), the other records on file herein, and the Report and Recommendation of the U.S. Magistrate Judge (Dkt. 19).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 21) have been made.  The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1.     Respondents are directed to immediately release Petitioner from custody and file a status report **within two days** confirming that they have done so.

2. Respondents are enjoined from re-detaining Petitioner without providing him with (a) written notice that complies with 8 C.F.R. § 212(e)(2)(i), and (b) a pre-detention hearing before a neutral decisionmaker at which Respondents bear the burden of demonstrating that there has been a material change in circumstances justifying Petitioner's re-detention.

3. Judgment shall be entered denying Ground One of the First Amended Petition and granting Ground Two of the First Amended Petition.

DATED: April 30, 2026

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE

2