JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KHARON GARDALOEV,

        Petitioner,

      v.

TODD M. LYONS, et al.,

        Respondents.

Case No. 5:26-cv-00800-JGB-KES

**JUDGMENT**

    Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the First Amended Petition is denied as to Ground One and granted as to Ground Two.

DATED: April 30, 2026

                                
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE